Argued and submitted October 8, affirmed November 7, 1990

In the Matter of the Compensation of
Denise M. Bowman, Claimant.
Denise M. BOWMAN,
*Petitioner,*

*v.*

SYSTEMS-IMPROVEMENT ASSOC., INC.,
*Respondent.*

(87-18040; CA A62720)

799 P2d 702

Robert Wollheim, Portland, argued the cause for petitioner. With him on the brief was Welch, Bruun and Green, Portland.

William Dickas, Portland, argued the cause for respondent. With him on the brief was Kell, Alterman & Runstein, Portland.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Howard v. Liberty Northwest Ins.,* 94 Or App 283, 765 P2d 223 (1988).